# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163317(18)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEONTAE JAREE GORDON,
     Defendant-Appellant.

SC: 163317
COA: 356566
Kent CC: 99-008958-FC

_____/

     On order of the Chief Justice, the motion of defendant-appellant to waive the filing fees is GRANTED as to this case only.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2021

Clerk